IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                       ) | Cr. No. 5-354 |
| ) | |
| TROY ANTIAUN CLAYTON      ) | |
| ) | |
| Defendant.                ) | |

ORDER

AND NOW, this 14th day of Nov., 2006, it appearing to the court that further proceedings cannot be held in the above-captioned case for the reason that defendant , TROY ANTIAUN CLAYTON, is a fugitive,

IT IS HEREBY ORDERED that the above-captioned case is returned to the Clerk of Court until such time as action by the court may be required.

_____
Donetta W. Ambrose
Chief United States District Judge

cc:   All Counsel of Record
      US Probation
      US Marshal